# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JOHNNY LEE SADDLER**                                                                               **PETITIONER**

**v.**                                                                     **NO. 1:21-CV-00160-SA-DAS**

**BURL CAIN and LYNN FITCH**                                              **RESPONDENTS**

## ORDER SEALING DOCUMENTS

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of minor children and victims of crimes which are sexual in nature, as well as photos of the minor children, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 25th day of October, 2021.

                                                  /s/ David A. Sanders
                                                  **UNITED STATES MAGISTRATE JUDGE**