IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JOHNNY LEE SADDLER                                                                           PETITIONER

V.                                                                           CAUSE NO. 1:21-CV-00160-SA-DAS

BURL CAIN and
LYNN FITCH                                                                                    RESPONDENTS

ORDER DIRECTING STATE TO RESPOND

Johnny Lee Saddler has filed a petition for relief under 28 U.S.C. § 2254. It is

**ORDERED**:

1. That no later than March 20, 2022, respondents through Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, file their response to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the petitioner's conviction of fondling a child in the Circuit Court of Lowndes County, Mississippi (to the extent such are relevant to the State's response).

2. That within fourteen (14) days of service upon him of a copy of respondents' answer, petitioner may file his reply to the allegations contained in such answer.

3. The Clerk of this Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondents must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this the 3rd day of January, 2022.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**