IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JOHNNY LEE SADDLER**                                                    **PETITIONER**

**V.**                                         **CAUSE NO. 1:21-CV-00160-SA-DAS**

**BURL CAIN and LYNN FITCH**                              **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the petitioner's federal habeas petition is **DENIED**, and this matter is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED**, this the 25th day of August, 2022.

                                                             /s/ Sharion Aycock
                                                             UNITED STATES DISTRICT JUDGE